IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02067-MEH

RAIMOND EISAEI,

    Plaintiff,

v.

COLLECTO, INC., a Massachusetts corporation doing business as EOS CCA,

    Defendant.

## ORDER RE: NOTICE OF DISMISSAL

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Notice of Dismissal with Prejudice filed by the Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [docket #11]. The Court finds the notice and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 5th day of November, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge